Beth Lang, Chapter 7 Trustee
1955 W. Grant Rd., Ste. 125
Tucson, AZ 85745
520/ 884-1880
bethelang@earthlink.net

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>EAZER, DAVID LOUIS<br>EAZER, JACQUELINE ELAINE<br><br>                                            Debtor(s). | Chapter 7<br><br>Case No. 09-14570-TUC-JMM<br><br>**REPORT OF TRUSTEE'S PRIVATE SALE OF DEBTOR'S INTEREST IN DAVID EAZER, PC, PURSUANT TO FRBP 6004** |

I, Beth Lang, trustee, hereby report the private sale, pursuant to FRBP 6004, of the following asset of the Debtor to the Debtor.

**DESCRIPTION OF PROPERTY SOLD:**
Debtor'S 100% interest in DAVID EAZER, PC

**TERMS AND CONDITIONS OF SALE:**
Price:  $500

The property is sold AS IS / WHERE IS with no warranties or representations.

**OTHER BIDDERS:**  The sale was not subject to higher or better offers.


I further report that I have received payment of the purchase price.


Dated: December 22, 2010        */s/  Beth Lang*
                                                            Beth Lang, Trustee